UNITED STATES of America,
Plaintiff–Appellee

v.

Rafael Gabriel LINARES,
Defendant–Appellant.

No. 14–40087
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 25, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Seth Kretzer, Law Offices of Seth Kretzer, Houston, TX, for Defendant–Appellant.

Before REAVLEY, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Rafael Gabriel Linares has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Linares has filed a response and two supplemental responses. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Linares's response and supplemental responses. We concur with counsel's assessment that the appeal pres-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

ents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

UNITED STATES of America,
Plaintiff–Appellee

v.

Gloria PALACIOS, Defendant–Appellant.

No. 13–11221.

United States Court of Appeals,
Fifth Circuit.

Sept. 26, 2014.

James Wesley Hendrix, Assistant U.S. Attorney, Dallas, TX, for Plaintiff–Appellee.

Kevin Joel Page, Charles M. Bleil, Dallas, TX, for Defendant–Appellant.

Before KING, DENNIS, and CLEMENT, Circuit Judges.

published and is not precedent except under

PER CURIAM: *

In this direct criminal appeal, defendant-appellant Gloria Palacios challenges the sentence of imprisonment that the district court imposed (but not her conviction). While this appeal was pending, however, it appears that Palacios served her sentence and was released on September 17, 2014. As such, it appears that this appeal is moot. *E.g., United States v. Prnka,* 543 Fed.Appx. 419 (5th Cir.2013); *United States v. Kline,* 454 Fed.Appx. 372, 373 (5th Cir.2011); *United States v. Hayes,* 455 Fed.Appx. 516, 517 (5th Cir.2011). We will dismiss the appeal.

If there is a "collateral consequence" of Palacios' sentence that causes "some concrete and continuing injury" rendering this appeal a live controversy, *see Spencer v. Kemna,* 523 U.S. 1, 7, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998), then Palacios shall file a motion to reinstate the appeal, setting out the basis therefor, no later than October 3, 2014. *See United States v. Clark,* 193 F.3d 845, 847 (5th Cir.1999) (stating that the burden is on the defendant-appellant). The government shall respond to Palacios' motion no later than October 10, 2014.

APPEAL DISMISSED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.